# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARK S. STANEK,** | ) | Case No. 8:13-CV-320 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **GREATER OMAHA PACKING CO., INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter comes before the Court on the parties' Joint Stipulation to Amend Final Progression Order.  (Filing 42.)  The motion is granted.

Accordingly,

**IT IS ORDERED:**

The deadline to disclose Expert Rebuttal Witnesses is extended until January 5, 2015; for disclosure of Sur-Rebuttal Expert witnesses until January 19, 2015; for completion of depositions and written discovery to March 2, 2015; and for filing of Daubert Motions until March 27, 2015.

**DATED December 19, 2014.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**