## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK S. STANEK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV320 |
| | ) | |
| V. | ) | |
| | ) | |
| GREATER OMAHA PACKING CO., INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of Michael J. Dyer, individually, and on behalf of Dyer Law Office, to withdraw as counsel for Plaintiff. (Filing 46.) In support of his motion, Mr. Dyer represents that Plaintiff will continue to be represented by Kelly Brandon, who was formerly employed by Dyer Law Office, but has now moved to another law firm. There are no objections to Mr. Dyer's request to withdraw.

**IT IS ORDERED:**

1. Michael Dyer and Dyer Law Firm's motion to withdraw as counsel for Plaintiff (filing 46) is granted. The Clerk of Court shall terminate future notices to Mr. Dyer in this action.

2. Within seven (7) days of this Order, Kelly Brandon shall advise the Court of her current business address and contact information. Ms. Brandon shall continue to receive notifications regarding this case at the address and email address presently listed on the Court's docket until such new contact information is provided to the Court.

**DATED January 20, 2015.**

                                                          **BY THE COURT:**

                                                          **S/ F.A. Gossett**
                                                          **United States Magistrate Judge**