IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK S. STANEK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV320 |
| | ) | |
| V. | ) | |
| | ) | |
| GREATER OMAHA PACKING CO., INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Michael Reisbig's motion to withdraw as counsel for Defendant. (Filing 51.) Upon the representation that Defendant will remain represented in this matter, the motion will be granted.

**IT IS ORDERED:**

1. The Motion to Withdraw (filing 51) is granted.

2. The Clerk of Court shall terminate Michael Reisbig's appearance as counsel for Defendant and shall terminate future notices to him in this matter.

**DATED March 3, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**