# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK S. STANEK, ) | |
| ) | |
| Plaintiff, ) | Case No. 8:13cv320 |
| ) | |
| vs. ) | |
| ) | ORDER |
| GREATER OMAHA PACKING CO., ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

This case is before the court on the Joint Motion to Amend Final Progression Order and Continue Trial (#54). The parties move for a ninety-day continuance of pending deadlines and the trial date to allow the parties to participate in mediation. The motion will be granted.

**IT IS ORDERED:**

1. The Joint Motion to Amend Final Progression Order and Continue Trial (#54) is granted. All pending deadlines, the pretrial conference, and the trial set for the week of July 27, 2015, are continued.

2. The parties shall notify the court on or before **April 1, 2015,** of the date of the scheduled mediation.

3. Within five days of the mediation the parties shall notify the court of the outcome.

Dated this 18th day of March 2015.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge